**JS-6**

STEPHANIE YONEKURA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER
Assistant United States Attorney (CBN 116429)
ELIZABETH M. GUNTER
Special Assistant United States Attorney (CBN 280218)
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464/8308
    Facsimile: (213) 894-7819
    E-mail: robert.lester@usdoj.gov/elizabeth.gunter@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMBUESYS, INC., an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, Secretary of Homeland Security, et al.,<br><br>        Defendants. | No. SACV 14-0152-AG(ANx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS**<br><br>DATE:  February 9, 2015<br>TIME:  10:00 a.m.<br>CTRM:  Hon. Andrew J. Guilford |

In light of the order denying Plaintiff's motion for summary judgment filed on February 9, 2015,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be and hereby is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

DATED:   February 20, 2015.

_____
UNITED STATES DISTRICT JUDGE
  ANDREW J GUILFORD

-1-